# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 20-cr-88 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL MORGAN,** and | : | |
| | : | |
| **RONNARD WILLIAMS,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 25, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: /s/ Kimberly L. Paschall
KIMBERLY L. PASCHALL
D.C. Bar No. 1015665
Assistant United States Attorney
United States Attorney's Office
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-2650
Email: Kimberly.paschall@usdoj.gov